IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TONY D. KELLY,

Plaintiff,

v.

ALAN D. SCHAKEL,

Defendant.

Case No. 21-cv-1082 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 11/2/2022**    **MONICA A. STUMP, Clerk of Court**

   **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**